IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

APR - 8 2015

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| Harvey Bassoff ) | Case No. 14-CV-3753 |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| Treanor, Pope and Hughes P.A., et.al ) | |

*****************************************************************

**PLAINTIFF'S MOTION TO GRANT 60 DAY ENLARGEMENT IN ORDER TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Pro se plaintiff, Harvey Bassoff, moves to ask court to grant a 60 day enlargement in order for plaintiff to properly respond to defendants' lengthy (more than 90 page) MOTION TO DISMISS.

To attempt to respond by the April 12 date previously set (in notice dated March 26, 2015 and received by plaintiff on March 28) by the court or within a time period of less than 60 days would place an undue burden on plaintiff, both financially and emotionally, as plaintiff does not have legal staff or other resources to accomplish this.

WHEREFORE, plaintiff requests that court grant a 60 day enlargement to respond to defendants' motion.

Respectfully

*/s/ Harvey C. Bassoff*

Harvey C. Bassoff

Request granted on this 9th day of April, 2015.
Plaintiff's response due by June 8, 2015.

_____
Richard D. Bennett
United States District Judge